Ex parte, Gandía, peticionario. ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ Dic. 5, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Examinadas la solicitud y certificaciones presentadas, y apareciendo que de los asuntos judiciales en que intervino el solicitante, el más remoto es de fecha 30 de abril de 1924, y vista la Ley No. 78 de 1928, que exige cinco años de práctica con anterioridad a la aprobación de esa misma ley, se deniega

la petición de admisión al ejercicio de la abogacía, sin examen, deducida por Don Angel C. Gandía.